UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| v. | § NO. A 00 CA 085 SS |
| | § |
| | § |
| AMERICAN BLASTFAX, INC., *et al.* | § |

### ABSTRACT OF JUDGMENT

I, WILLIAM G. PUTNICKI, Clerk, United States District Court for the Western District of Texas, DO HEREBY CERTIFY:

THAT in the United States District Court for the Western District of Texas, Austin Division, in civil cause of action number **A00CA085SS**, styled <u>State of Texas v. American Blastfax</u>, *et al.*, the said Plaintiff recovered judgment against Defendant:

**ROBERT MICHAEL HORNE**, aka MICHAEL HORNE, aka ROBERT M. HORNE, aka MIKE HORNE, aka R. MICHAEL HORNE, DOB 11/27/1942, TX DL 16861495, and last known address: 1616 Thistledown Dr, Plano, TX 75093-4903.

THAT the judgment was rendered by this Court on the 17th day of August, 2001, in the amount of **$465,375.00**, with interest accruing thereon at the rate of **3.5 % PER ANNUM**, commencing from the 17th day of August, 2001, and **$20,000.00** in attorneys' fees, until paid, plus costs of the suit;

THAT said judgment is entitled to the following credits: **$91,675.80**.

WITNESS my official signature and seal of this Court, in the city of Austin, State of Texas, this _1st_ day of _December_, _2006_.

WILLIAM G. PUTNICKI
_____
William G. Putnicki, Clerk of Court
United States District Court
Western District of Texas

BY: _____