# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § § | |
| v. | § | NO. A 00 CA 085 SS |
| | § § | |
| AMERICAN BLASTFAX, INC., *et al.* | § | |

**FILED DEC 21**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT
BY _____ DEPUTY CLERK

### ABSTRACT OF JUDGMENT

I, WILLIAM G. PUTNICKI, Clerk, United States District Court for the Western District of Texas, DO HEREBY CERTIFY:

THAT in the United States District Court for the Western District of Texas, Austin Division, in civil cause of action number **A00CA085SS**, styled State of Texas v. American Blastfax, *et al.*, the said Plaintiff recovered judgment against Defendant:

**MICHAEL GREGORY. HORNE**, aka GREG HORNE, aka M. GREG HORNE, aka MICHAEL G. HORNE, aka GREG MICHAEL HORNE, aka M.G. HORNE, aka MICHAEL HORNE, DOB 11/22/1964, TX DL 03860521.

THAT the judgment was rendered by this Court on the 17th day of August, 2001, in the amount of **$465,375.00**, with interest accruing thereon at the rate of **3.5 % PER ANNUM**, commencing from the 17th day of August, 2001, and **$20,000.00** in attorneys' fees, until paid, plus costs of the suit;

THAT said judgment is entitled to the following credits: **$91,675.80**.

WITNESS my official signature and seal of this Court, in the city of Austin, State of Texas, this 1st day of December, 2006.



WILLIAM G. PUTNICKI
William G. Putnicki, Clerk of Court
United States District Court
Western District of Texas
BY: _____

Filed and Recorded
Official Public Records
Brenda Taylor, County Clerk
Collin County, TEXAS
12/08/2006 03:21:13 PM
$11.00 DLAIRD
20061208001735480

